

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2018

No. 04-17-00519-CR

The **STATE** of Texas,
Appellant

v.

Jamie Lynn **NIELSEN,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6238
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The motion is **GRANTED**, and appellee's brief must be filed no later than **April 29, 2018**. Further requests for an extension of time will be disfavored.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court